IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    No. CR 17-02483 KG/JHR

STAR JOSEPH,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Proposed Findings and Recommended Disposition ("PFRD") of Magistrate Judge Jerry H. Ritter (Doc. 98), entered at the undersigned's request pursuant to 28 U.S.C. § 636(b). (*See* Doc. 97). Magistrate Judge Ritter recommends that the Court deny Defendant Star Joseph's Motion to Discharge Fees and Costs (Doc. 84), Motion to Dismiss and Release (Doc. 85), Motion to Enter Evidence of Courts Corruption (Doc. 89), Motion to Dismiss and Release (Doc. 94), and Writ of Mandamus (Doc. 95). (Doc. 98, p. 11). Magistrate Judge Ritter explained why each motion should be dismissed. (*See id.*, pp. 4-11). The PFRD notified the parties of their ability to file objections and that failure to do so waives appellate review. (*Id.*, p. 11). To-date, no objections have been filed and the time to do so has passed. 28 U.S.C. § 636(b)(1)(C); (*Id.*).

The failure to make timely objections to the Magistrate Judge's PFRD waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

Wherefore, the Court hereby:

1) adopts Magistrate Judge Ritter's PFRD (Doc. 98); and

2) denies Joseph's Motion to Discharge Fees and Costs (Doc. 84), Motion to Dismiss and Release (Doc. 85), Motion to Enter Evidence of Courts Corruption (Doc. 89), Motion to Dismiss and Release (Doc. 94), and Writ of Mandamus (Doc. 95).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE